```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 25542
   MARLENE BIBBS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6107


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 07/08/2004 and was confirmed 08/30/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

       The case was dismissed after confirmation 07/30/2007.
--------------------------------------------------------------------------------
  CREDITOR NAME                 CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------------
  AMERICAN GENERAL FINANCE   MORTGAGE ARRE    356.39               .00          88.09
  AMERICAN GENERAL FINANCE   SECURED         6000.00            495.40        1299.01
  AMERICAN GENERAL FINANCE   CURRENT MORTG       .00               .00            .00
  WACHOVIA BANK              CURRENT MORTG       .00               .00            .00
  WACHOVIA BANK              MORTGAGE ARRE   1978.35               .00        1978.35
  VILLAGE OF SOUTH HOLLAND   SECURED          114.00              9.78          24.53
  COOK COUNTY TREASURER      PRIORITY       NOT FILED              .00            .00
  INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED              .00            .00
  BENEFICIAL                 UNSECURED      NOT FILED              .00            .00
  CITY OF CHICAGO PARKING    UNSECURED       1150.00               .00            .00
  COMMONWEALTH EDISON        UNSECURED      NOT FILED              .00            .00
  CROSS COUNTRY BANK         UNSECURED      NOT FILED              .00            .00
  NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED              .00            .00
  NICOR GAS                  UNSECURED        634.84               .00            .00
  PROGRESSIVE ASSERT MGMT    UNSECURED      NOT FILED              .00            .00
  AMERICAN GENERAL FINANCE   UNSECURED        188.58               .00            .00
  WACHOVIA BANK              COST OF COLLE     97.02               .00          97.02
  WACHOVIA BANK              COST OF COLLE    321.71               .00         321.71
  FISHER & SHAPIRO           NOTICE ONLY    NOT FILED              .00            .00
  ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     4,230.20                         3,658.68
  TOM VAUGHN                 TRUSTEE                                            452.43
  DEBTOR REFUND              REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE              8,425.00

  PRIORITY                                      .00
  SECURED                                  3,808.71
     INTEREST                                505.18

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 25542 MARLENE BIBBS
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                3,658.68
TRUSTEE COMPENSATION                                            452.43
DEBTOR REFUND                                                      .00
                                          ---------------   ---------------
TOTALS                                          8,425.00          8,425.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
   Dated: 10/18/07                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```